**KENNY A., by his next friend Linda Winn, Kara B., by her next friend Linda Pace, Maya C., by her next friend Linda Pace, Phelicia D., by her next friend Theresa Roth, Sabrina E., by her next friend Rebecca Silvey, Korrina E., by her next friend Rebecca Silvey, Tanya F., by her next friend Carol Huff, Priscilla G., by her Next Friend Roslyn M. Satchel, Briana H., by her next friend Linda Pace, on their own behalf and on behalf of all others similarly situated, Plaintiffs–Appellees–Cross–Appellants,**

v.

**Sonny PERDUE, in his official capacity as Governor of the State of Georgia, Department of Human Resources of the State of Georgia, James Martin, in his official capacity as Commissioner**

---

* Judge Stanley Marcus has recused himself and will not participate.

of the Department of Human Resources of the State of Georgia, Division of Family and Children Services, Fulton County, Beverly Jones, in her official capacity as Director of the Fulton County Department of Family and Children Services, DeKalb County DFCS, Wayne Drummond, in his official capacity as Director of the De-Kalb County Department of Family and Children Services, Defendants–Appellants–Cross–Appellees,

Fulton County, DeKalb County, Defendants.

Nos. 06–15514, 06–15874.

United States Court of Appeals, Eleventh Circuit.

Sept. 2, 2010.

Mark H. Cohen, Troutman Sanders, Atlanta, GA, for Defendants–Appellants.

Jeffrey O. Bramlett, Corey Fleming Hirokawa, Bondurant, Mixon & Elmore, Atlanta, GA, for Plaintiffs–Appellees.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

The district court's order and judgment entered on October 3, 2006, awarding the plaintiffs attorney's fees, costs, and expenses is VACATED, and this case is REMANDED for further proceedings consistent with the Supreme Court's decision and opinion in *Perdue v. Kenny A. ex rel.*

*Winn,* —— U.S. ——, 130 S.Ct. 1662, 176 L.Ed.2d 494 (2010).